UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Marcia J.R.Q., | Civil No. 26-1079 (DWF/LIB) |
| Petitioner, | |
| v. | |
| Pamela Bondi, *in her official capacity as U.S. Attorney General*; Kristi Noem, *in her official capacity as Secretary, U.S. Department of Homeland Security*; Todd M. Lyons, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; David Easterwood, *in his official capacity as Field Office Director, Director of Enforcement and Removal Operations, St. Paul Field Office, U.S. Immigration and Customs Enforcement*; Angel Garite, *in his official capacity as Warden, El Paso Processing Center,* | ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| Respondents. | |

Based upon the Notice of Voluntary Dismissal filed by the Petitioner on February 6, 2026, (Doc. No. [5]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE.**

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  February 6, 2026              s/Donovan W. Frank
                                      DONOVAN W. FRANK
                                      United States District Judge