# UNITED STATES DISTRICT COURT
## District of Minnesota

Marcia Janneth Rocha Quishpe

Petitioner(s),

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood, Angel Garite

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-01079-DWF-LIB

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

this action is **DISMISSED WITHOUT PREJUDICE**

Date: 2/6/2026

KATE M. FOGARTY, CLERK